# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS LEE HERNDON,<br><br>          Petitioner,<br><br>          v.<br><br>LARRY SMALL, Warden,<br><br>          Respondent. | Case No. CV 08-4540-R (JTL)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED: September 15, 2008

                                        MANUEL L. REAL
                                        UNITED STATES DISTRICT JUDGE